IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FLOYD A. VINSON | ) |
| | ) |
| v. | ) NO. 3-06-1158 |
| | ) JUDGE CAMPBELL |
| THE KROGER COMPANY, et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 33) and Objections filed by the Plaintiff (Docket No. 36).

The Court has reviewed the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 16) is GRANTED in part and DENIED in part. Plaintiff's claims against the individual Defendants, Dillon, Neuhoff, Quinkert, Warren, Padgett, McCullough and Parker, are DISMISSED.

IT IS SO ORDERED.

*[signature: Todd Campbell]*

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE